USDC SCAN INDEX SHEET











USA

GUZMAN-LOERA

GB
3:95-CR-00973
*128*
*CRO.*

```
1  MICHAEL PANCER (CSB 43602)
   105 West "F" St., 4th Fl.
2  San Diego, CA 92101
   (619) 236-1826
3
   JAMES E. BLANCARTE (CSB 85948)
4  1875 Century Park East, Ste. 700
   Los Angeles, CA 90067
5  (310) 788-2760

6  Attorney for Defendant
   JOSE REYNOSO-GONZALEZ
7
```

FILED
JUN 3 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 95-0973-B |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | EX PARTE APPLICATION OF |
| vs. ) | DEFENDANT JOSE REYNOSO- |
| ) | GONZALEZ FOR EXTENSION OF |
| JOAQUIN GUZMAN-LOERA, et al., ) | PAGE LIMIT FOR BRIEF IN |
| ) | SUPPORT OF MOTIONS |
| Defendants. ) | 7-22-96 |
| ) | Date: ~~June 24,~~ 1996 |
| | Time: 2:00 p.m. |

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that defendant Jose Reynoso-Gonzalez may submit memoranda of points and authorities relating to the motions to be heard by this Court on June 24, 1996 in excess of the page limits set forth in Southern District Local Rule 73.6(g).

Dated:

_____
Hon. Rudi Brewster
United States District Court Judge

128