Case 3:95-cr-00973-JM   Document 177   Filed 10/10/96   PageID.1185   Page 1 of 2

USDC SCAN INDEX SHEET







USA

GUZMAN-LOERA

TLW
3:95-CR-00973
*177*
*CRV.*

FILED

OCT 10 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> ENRIQUE AVALOS-BARRIGA (05), ) <br> ) <br> Defendant. ) | CASE NO. 95-0973-N <br><br> **V E R D I C T** |

We the jury in the above entitled cause find the defendant, ENRIQUE AVALOS-BARRIGA,

__GUILTY__ of Conspiracy to Import and to Possess Cocaine with Intent to Distribute as charged in Count 1 of the 4th Superseding Indictment.

__GUILTY__ of Continuing Criminal Enterprise as charged in Count 2 of the 4th Superseding Indictment.

_Lydia E Caballero_
Foreperson of the Jury

Date: 10/10/96
San Diego, California

177