UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 95cr0973-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOAQUIN GUZMAN-LOERA, et. al., | ) ) ) | ORDER OF DISMISSAL OF CHARGE AS TO DEFENDANT HUMBERTO LOYA-CASTRO |
| Defendants. | ) ) ) | |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that Count 1 of the Fourth Superseding Indictment in case number 95cr0973-JM is dismissed as to defendant HUMBERTO LOYA-CASTRO, aka Licenciado Perez. IT IS FURTHER ORDERED that warrant issued for the arrest of HUMBERTO LOYA-CASTRO in this case be recalled.

DATED: December 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge