# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 95 CR 973-JM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) |  |
|  | ) | Booking No. _____ |
| HUMBERTO LOYA-CASTRO | ) |  |
|  | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/4/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

__X__ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. _Superseding Indictment dismissed_

RECEIVED 2008 DEC -4 P 4:03 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

W. SAMUEL HAMRICK, JR. Clerk
by J. H___
Deputy Clerk

Received _____
DUSM

Crim-9    (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY